UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

THOMAS WHITLER,

    Plaintiff,

v.

                              Case No. 5:24-cv-6-TJC-PRL

PORTFOLIO RECOVERY
ASSOCIATES LLC,

    Defendant.

## O R D E R

Upon review of the Joint Stipulation for Dismissal, Doc. 54, filed on February 13, 2024, this case is **DISMISSED with prejudice**. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 20th day of February, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

vng

Copies:

Counsel of record